08 CRIM 385

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :        INDICTMENT
                              :
       - v. -                 :        08 Cr.
                              :
CORY BROWN,                   :
                              :
            Defendant.        :
- - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COUNT ONE

The Grand Jury charges:

1. On or about March 29, 2008, in the Southern District of New York, CORY BROWN, a/k/a "Dennis Brown," the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, BROWN stole money from a branch of Wachovia Bank located at 731 Lexington Avenue, New York, New York, by threatening a bank employee with harm if money in the bank's custody was not given to BROWN.

(Title 18, United States Code, Section 2113(a).)

COUNT TWO

The Grand Jury further charges:

2.  On or about March 30, 2008, in the Southern District of New York, CORY BROWN, a/k/a "Dennis Brown," the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, BROWN stole money from a branch of Commerce Bank located at 260 West 26th Street, New York, New York, by threatening a bank employee with harm if money in the bank's custody was not given to BROWN.

(Title 18, United States Code, Section 2113(a).)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CORY BROWN,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 2113(a))


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

*filed indictment. Case assigned to J. Stein.*

*SRM*
*4/30/08*

*—Francis, J.*